**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eric McDONALD, also known as
E, Defendant–Appellant.**

No. 03–30436.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2004.

Stephen A Higginson, Assistant U.S. Attorney, Joseph Albert Aluise, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

---

Eric McDonald, Chalmette, LA, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel for Eric McDonald has filed a motion to withdraw and an accompanying brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McDonald has received a copy of counsel's motion and brief and has filed a response. Our independent review of the brief, McDonald's response, and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.